UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony A. White, | : | Case No. 1:05CV2616 |
| Plaintiff | : | Judge Christopher Boyko |
| v. | : | Magistrate Judge David S. Perelman |
| David Bobby, Warden, | : | **MEMORANDUM OPINION** |
| Defendant | : | **AND ORDER** |

Petitioner in this action in habeas corpus, 28 U.S.C. §2254, has moved for an order that he be provided with a copy of his trial transcript "[P]ursuant to Greene v. Brigano, (1997) 123. F.3d 917. Failure to provide Defendant with access to these essential Trial Transcripts constitutes a denial of his 14th Amendment Equal Protection rights under the United States Constitution."

Petitioner's reliance on the decision of the Sixth Circuit Court of Appeals in <u>Brigano</u> is misplaced. In that case a constitutional violation was found in the refusal of the state courts to provide an indigent defendant with a trial transcript in order to prosecute a direct appeal from his conviction. From the face of the petition herein it appears that petitioner did obtain direct appellate review of his convictions, and <u>Brigano</u> does not create a right to have the trial transcripts provided for the purpose of collateral review in habeas corpus.

Petitioner's motion is denied.

**IT IS SO ORDERED.**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: June 1, 2006